IN RE: PERNICIARO

CASE NO. 08-10046 "B"

---

Claim 000013, Payment 7.22753%
LVNV Funding LLC its successors and assigns
as
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**2286975**

PAY TO THE ORDER OF
United States Bankruptcy Court

Claude C. Lightfoot, Jr.
Chapter 7 Trustee
650 Poydras Street, Suite 1010
New Orleans, LA 70130

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**114**

| DATE | AMOUNT |
|---|---|
| 05/21/10 | ************3.78 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-10046  "B" | Debtor: PERNICIARO JR., LUCIAN J |
| | Joint Debtor: PERNICIARO, GERTRUDE F |

*Three Dollars And 78/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000114⑆ ⑈111000012⑈ 4436991747⑆

6/2/10  DEPOSITED TO UNCLAIMED
UNDER $25.00 - 106000.
DUE: LVNV FUNDING LLC

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227198   - KF
* * C O P Y * *
June 02, 2010
15:19:36

UNC.UNDER$25
08-10046
Debtor.: LUCIAN J PERNICIARO
Trustee: Claude Lightfoot, Jr.
Amount.:              $3.78 CH
Check#.: 114

Total -> $3.78

FROM: CLAUDE LIGHTFOOT

Date: 05/21/10                              DIVIDENDS REMITTED TO THE COURT                              Page:

Case Number 08-10046 - PERNICIARO JR., LUCIAN J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 Account no. 8252 | 000013 | 52.30 | 3.78 |
| ----------- Remittance Total --------------- | | 52.30 | 3.78 |

*[signature]*
Claude C. Lightfoot, Jr., Trustee

COURT1                                                        Printed: 05/21/10 04:47 PM    Ver: 15.08